IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CARDILE BROTHERS MUSHROOM<br>PACKAGING, INC.<br>8790 Gap Newport Pike<br>Avondale, PA 19311-0707<br>(610) 268-2470<br><br>Plaintiff<br><br>v.<br><br>GIORDANO'S WHOLESALE PRODUCE CORP.<br>9601 NW 31st PL<br>Sunrise, Florida 33351-7154<br><br>and<br><br>SHANNON GIORDANO<br>9601 NW 31st PL<br>Sunrise, Florida 33351-7154<br><br>and<br><br>CHARLES T. GIORDANO<br>9601 NW 31st PL<br>Sunrise, Florida 33351-7154<br><br>Defendants | Case No. ________________ |

**COMPLAINT**
**(To Enforce Payment From Produce Trust)**

Cardile Brothers Mushroom Packaging, Inc. ("Cardile Brothers"), for its complaint against defendants, Giordano's Wholesale Produce Corp., Shannon Giordano and Charles Giordano, alleges:

JURISDICTION AND VENUE

1. Subject matter jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(5) (hereafter "the PACA"), 28 U.S.C. §1331 and 28 U.S.C. §2201.

2. Venue in this District is based on 28 U.S.C. §1391 in that (a) plaintiff's claim arose in this District and (b) defendants reside in this District.

PARTIES

3. Plaintiff, Cardile Brothers, a Pennsylvania company with its principal place of business in Avondale, Pennsylvania, is engaged in the business of buying and selling wholesale quantities of produce in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

4. a. Defendant, Giordano's Wholesale Produce Corp. ("Giordano"), a Florida corporation with its principal place of business in Sunrise, Florida, is engaged in the business of buying and selling wholesale quantities of produce in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

b. Defendants, Shannon Giordano and Charles Giordano, were the officers and directors of Giordano's who controlled the day to day operations of Giordano's and were in a position of control over the PACA trust assets belonging to plaintiff.

GENERAL ALLEGATIONS

5. This action is brought to obtain declaratory relief and to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5 of the PACA, 7 U.S.C. § 499e(c).

6. Between May 31, 2009 and August 11, 2011, plaintiff sold and delivered to defendants, in interstate commerce, $57,772.71 worth of wholesale quantities of produce, all of

which remains unpaid. A copy of Cardile Brother's Statement of Account is attached hereto as Exhibit 1.

7. Defendants accepted the produce from plaintiff.

8. At the time of receipt of the produce, plaintiff became a beneficiary in a statutory trust designed to assure payment to produce suppliers. The trust consists of all produce or produce-related assets, including all funds commingled with funds from other sources and all assets procured by such funds, in the possession or control of defendants since the creation of the trust.

9. Plaintiff preserved its interest in the PACA trust in the amount of $57,772.71 by sending invoices to defendants which contained the language required by 7 U.S.C. § 499e(c)(4) and remains a beneficiary until full payment is made for the produce. Representative sample copies of plaintiff's invoices attached hereto as Exhibits 2.

10. Defendants have not disputed the debt in any way and have failed to make payment to plaintiff in accordance with the trust provisions of the PACA.

11. Defendants' failure, refusal, and inability to pay plaintiffs the undisputed amount owed to plaintiffs demonstrates that defendants are failing to maintain sufficient assets in the statutory trust to pay plaintiffs and are dissipating trust assets.

Count 1

(Failure to Pay Trust Funds)

12. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 11 above as if fully set forth herein.

13. The failure of defendants to make payment to plaintiff of trust funds in the amount of $57,772.71 from the statutory trust is a violation of PACA and PACA regulations, and is unlawful.

WHEREFORE, plaintiff requests an order enforcing payment from the trust by requiring immediate payment of $57,772.71 to plaintiff.

Count 2

(Failure to Pay For Goods Sold)

14. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 13 above as if fully set forth herein.

15. Defendants failed and refused to pay plaintiff $57,772.71 owed to plaintiff for produce received by defendants from plaintiff.

WHEREFORE, plaintiff requests judgment in the amount of $91.861.75 against the defendants, jointly and severally.

Count 3

(Unlawful Dissipation of Trust Assets by
a Corporate Official – Shannon Giordano)

16. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 15 above as if fully set forth herein.

17. Defendant, Shannon Giordano, was an officer who operated Giordano's during the period of time in question and who was in a position of control over the PACA trust assets belonging to plaintiff.

18. Defendant, Shannon Giordano, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce supplied.

19. Defendant, Shannon Giordano's failure to direct the corporation to maintain PACA trust assets and pay plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a corporate official.

20. As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

WHEREFORE, plaintiff requests judgment against defendant, Shannon Giordano, in the amount of $57,772.71.

Count 4

(Unlawful Dissipation of Trust Assets by
a Corporate Official – Charles Giordano)

21. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 21 above as if fully set forth herein.

22. Defendant, Charles Giordano, was an officer who operated Giordano's during the period of time in question and who was in a position of control over the PACA trust assets belonging to plaintiff.

23. Defendant, Charles Giordano, failed to direct the corporation to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce supplied.

24. Defendant, Charles Giordano's failure to direct the corporation to maintain PACA trust assets and pay plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a corporate official.

25. As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

WHEREFORE, plaintiff requests judgment against defendant, Charles Giordano, in the amount of $57,772.71.

Count 5

(Interest and Attorneys Fees)

26. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 25 above as if fully set forth herein.

27. As a result of defendants' failure to make full payment promptly for the produce sold and delivered to defendants, plaintiff has lost the use of said money.

28. As a further result of defendants' failure to make full payment promptly for the produce sold and delivered to defendants, plaintiffs have been required to pay attorney's fees and costs in order to bring this action to require defendants to comply with their statutory duties.

29. PACA, the invoices of plaintiff, and the credit agreement between the parties entitle plaintiff to recover prejudgment interest at a rate of 1.5% per month and attorney's fees incurred to collect any balance due from defendants.

WHEREFORE, plaintiff requests judgment against each of the defendants, jointly and severally, for prejudgment interest, costs and attorneys fees.

Dated this 24th day of August, 2011.

FURR AND COHEN, P.A.

By: /s/Marc P. Barmat

Marc Barmat, Esquire
Fla. Bar No. 0022365
One Boca Place
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
(561) 395-0500
(561) 338-7532 facsimile
Attorneys for Plaintiff

# Exhibit 1

CARDILE BROS. MUSHROOM PKG., INC.
PO Box 707
Avondale, Pa 19311
USA

## STATEMENT

CUSTOMER NO.: GIORDANO'S
PAGE: 1
DATE: 8/15/2011

SOLD TO: GIORDANO'S WHOLESALE PRODUCE
9601 NW 31ST PL
SUNRISE, FL 33351-7154
USA

Attn: COD AS OF 8-23-10

REMIT TO ADDRESS:

Cardile Brothers Mushroom Packaging, Inc.
PO Box 707
Avondale, PA 19311

| DOCUMENT NUMBER | DOCUMENT DATE | Type | REFERENCE/APPLIED NUMBER | DUE DATE | AMOUNT |
|---|---|---|---|---|---|
| INT000000000032 | 5/31/2009 | IT | | 5/31/2009 | 202.94 |
| INT000000000046 | 6/30/2009 | IT | | 6/30/2009 | 78.57 |
| INT000000000052 | 7/31/2009 | IT | | 7/31/2009 | 210.68 |
| INT000000000062 | 8/31/2009 | IT | | 8/31/2009 | 770.72 |
| INT000000000071 | 9/30/2009 | IT | | 9/30/2009 | 695.96 |
| INT000000000083 | 10/31/2009 | IT | | 10/31/2009 | 524.42 |
| INT000000000095 | 11/30/2009 | IT | | 11/30/2009 | 409.55 |
| INT000000000105 | 12/31/2009 | IT | | 12/31/2009 | 85.12 |
| INT000000000115 | 1/31/2010 | IT | | 1/31/2010 | 66.13 |
| INT000000000126 | 2/28/2010 | IT | | 2/28/2010 | 66.66 |
| INT000000000137 | 3/31/2010 | IT | | 3/31/2010 | 68.16 |
| INT000000000148 | 4/30/2010 | IT | | 4/30/2010 | 70.81 |
| INT000000000159 | 5/31/2010 | IT | | 5/31/2010 | 432.55 |
| INT000000000171 | 6/30/2010 | IT | | 6/30/2010 | 863.08 |
| INT000000000183 | 7/31/2010 | IT | | 7/31/2010 | 761.32 |
| INT000000000194 | 8/31/2010 | IT | | 8/31/2010 | 730.37 |
| INT000000000207 | 9/30/2010 | IT | | 9/30/2010 | 788.34 |
| INT000000000219 | 10/31/2010 | IT | | 10/31/2010 | 1,008.95 |
| INT000000000232 | 11/30/2010 | IT | | 11/30/2010 | 824.54 |
| INT000000000243 | 12/31/2010 | IT | | 12/31/2010 | 803.80 |
| INT000000000254 | 1/31/2011 | IT | | 1/31/2011 | 747.40 |
| INT000000000265 | 2/28/2011 | IT | | 2/28/2011 | 643.09 |
| INT000000000276 | 3/31/2011 | IT | | 3/31/2011 | 273.32 |
| IN0000000604784 | 4/19/2011 | IN | | 5/3/2011 | 194.60 |
| IN0000000605439 | 4/20/2011 | IN | | 5/4/2011 | 1,742.25 |
| IN0000000605739 | 4/21/2011 | IN | | 5/5/2011 | 1,574.75 |
| IN0000000607469 | 4/23/2011 | IN | | 5/7/2011 | 1,580.25 |
| IN0000000607597 | 4/25/2011 | IN | | 5/9/2011 | 979.00 |
| IN0000000608096 | 4/26/2011 | IN | | 5/10/2011 | 1,395.25 |
| IN0000000608888 | 4/27/2011 | IN | | 5/11/2011 | 1,236.25 |
| IN0000000609677 | 4/28/2011 | IN | | 5/12/2011 | 1,077.75 |
| IN0000000610815 | 4/29/2011 | IN | | 5/13/2011 | 1,713.25 |
| IN0000000611204 | 4/30/2011 | IN | | 5/14/2011 | 1,894.50 |
| INT000000000287 | 4/30/2011 | IT | | 4/30/2011 | 164.32 |
| IN0000000612030 | 5/2/2011 | IN | | 5/16/2011 | 1,234.00 |
| IN0000000612917 | 5/3/2011 | IN | | 5/17/2011 | 687.00 |
| IN0000000613596 | 5/4/2011 | IN | | 5/18/2011 | 1,180.25 |
| IN0000000614281 | 5/5/2011 | IN | | 5/19/2011 | 592.00 |
| IN0000000615130 | 5/7/2011 | IN | | 5/21/2011 | 1,068.50 |
| IN0000000616156 | 5/10/2011 | IN | | 5/24/2011 | 1,129.00 |
| IN0000000616840 | 5/11/2011 | IN | | 5/25/2011 | 1,523.50 |

CARDILE BROS. MUSHROOM PKG., INC. STATEMENT

PO Box 707
Avondale, Pa 19311
USA

CUSTOMER NO.: GIORDANO'S
PAGE: 2
DATE: 8/15/2011

REMIT TO ADDRESS:

SOLD TO: GIORDANO'S WHOLESALE PRODUCE
9601 NW 31ST PL
SUNRISE, FL 33351-7154
USA

Attn: COD AS OF 8-23-10

Cardile Brothers Mushroom Packaging, Inc.
PO Box 707
Avondale, PA 19311

| DOCUMENT NUMBER | DOCUMENT DATE | Type | REFERENCE/APPLIED NUMBER | DUE DATE | AMOUNT |
|---|---|---|---|---|---|
| IN0000000617572 | 5/13/2011 | IN | | 5/27/2011 | 527.00 |
| IN0000000617734 | 5/13/2011 | IN | | 5/27/2011 | 842.25 |
| IN0000000618368 | 5/14/2011 | IN | | 5/28/2011 | 1,505.75 |
| IN0000000618888 | 5/16/2011 | IN | | 5/30/2011 | 948.25 |
| IN0000000619505 | 5/17/2011 | IN | | 5/31/2011 | 1,700.75 |
| IN0000000619964 | 5/18/2011 | IN | | 6/1/2011 | 793.00 |
| IN0000000620618 | 5/18/2011 | IN | | 6/1/2011 | 832.50 |
| IN0000000620619 | 5/18/2011 | IN | | 6/1/2011 | 242.00 |
| IN0000000621357 | 5/21/2011 | IN | | 6/4/2011 | 1,252.25 |
| IN0000000621427 | 5/21/2011 | IN | | 6/4/2011 | 1,375.00 |
| IN0000000622009 | 5/23/2011 | IN | | 6/6/2011 | 1,009.50 |
| IN0000000622011 | 5/23/2011 | IN | | 6/6/2011 | 540.00 |
| IN0000000622540 | 5/23/2011 | IN | | 6/6/2011 | 1,112.00 |
| IN0000000623666 | 5/25/2011 | IN | | 6/8/2011 | 1,136.00 |
| IN0000000623995 | 5/26/2011 | IN | | 6/9/2011 | 698.50 |
| IN0000000624314 | 5/27/2011 | IN | | 6/10/2011 | 1,072.00 |
| IN0000000624742 | 5/28/2011 | IN | | 6/11/2011 | 2,099.25 |
| IN0000000625298 | 5/31/2011 | IN | | 6/14/2011 | 1,572.25 |
| INT000000000298 | 5/31/2011 | IT | | 5/31/2011 | 172.30 |
| IN0000000635865 | 6/23/2011 | IN | NSF - 5/2/2011 | 7/7/2011 | 50.00 |
| INT000000000309 | 6/30/2011 | IT | | 6/30/2011 | 720.86 |
| UC0000000003596 | 7/2/2011 | UC | 2537 | 7/2/2011 | -329.50 |
| IN0000000640649 | 7/6/2011 | IN | NSF FEE CHK 2521&2533 | 7/20/2011 | 100.00 |
| IN0000000653927 | 7/8/2011 | IN | | 7/22/2011 | 1,446.00 |
| IN0000000643303 | 7/13/2011 | IN | RETURNED CHK 2534 | 7/27/2011 | 50.00 |
| IN0000000643641 | 7/13/2011 | IN | | 7/27/2011 | 588.50 |
| IN0000000643642 | 7/13/2011 | IN | | 7/27/2011 | 1,372.50 |
| IN0000000644483 | 7/15/2011 | IN | RETURNED CHK 2538 | 7/29/2011 | 50.00 |
| IN0000000645910 | 7/19/2011 | IN | CHK 2549-2548-2550 | 8/2/2011 | 150.00 |
| INT000000000320 | 7/31/2011 | IT | | 7/31/2011 | 972.90 |

**CARDILE BROS. MUSHROOM PKG., INC.** STATEMENT

PO Box 707
Avondale, Pa 19311
USA

| | |
|---|---|
| CUSTOMER NO.: | GIORDANO'S |
| PAGE: | 3 |
| DATE: | 8/15/2011 |

REMIT TO ADDRESS:

Cardile Brothers Mushroom Packaging, Inc.
PO Box 707
Avondale, PA 19311

SOLD TO: GIORDANO'S WHOLESALE PRODUCE
9601 NW 31ST PL
SUNRISE, FL 33351-7154
USA

Attn: COD AS OF 8-23-10

| DOCUMENT NUMBER | DOCUMENT DATE | Type | REFERENCE/APPLIED NUMBER | DUE DATE | AMOUNT |
|---|---|---|---|---|---|
| IN0000000653926 | 8/11/2011 | IN | | 8/25/2011 | 1,098.00 |

IN - Invoice
DB - Debit Note
CR - Credit Note
IT - Interest Payable

PY - Applied Receipt
ED - Earned Discount
AD - Adjustment
PI - Prepayment

UC - Unapplied Cash
RF - Refund

ACCOUNT OVERDUE

| | |
|---|---|
| Total: | 57,772.71 |
| Credit Limit: | 50,000.00 |
| Credit Available: | 0.00 |

| 1 - 30 DAYS O/DUE | 31 - 60 DAYS O/DUE | 61 - 90 DAYS O/DUE | OVER 90 DAYS O/DUE |
|---|---|---|---|
| 4,729.90 | 770.86 | 25,610.80 | 25,892.65 |

# Exhibit 2

# Delivery Invoice

**CARDILE BROS. MUSHROOM PKG., INC.**

PO Box 707
Avondale, Pa 19311
USA
Phone: (610) 268-2470
Fax: (610) 268-8211

| Date | Page |
|---|---|
| Apr 19, 2011 | 1 |
| Order Number | |
| ORD000142411449 | |

604784

**Sold To:**
GIORDANO'S WHOLESALE PRODUCE
1202 HAMMONDVILLE ROAD
POMPANO BEACH, FL 33061
USA

**Ship To:**
GIORDANO'S WHOLESALE PRODUCE
1202 HAMMONDVILLE ROAD
POMPANO BEACH, FL 33061
USA

| Reference | PO Number | Customer No. | Salesperson | Order Date | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | | GIORDANO'S | | Apr 19, 2011 | | NET14 |

| Qty. Ord. | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 1 | ASPAST | Asparagus Standard | 26.00 | Case | 26.00 |
| 1 | BEANGRS | Green Bean Snipped 6/2lbs | 17.50 | Case | 17.50 |
| 1 | BROCCR | Broccoli Crowns | 21.00 | Case | 21.00 |
| 2 | CABBGR | Green Cabbage | 9.50 | Case | 19.00 |
| 3 | SLAW | Cole Slaw Mix 4x5lb | 14.50 | Case | 43.50 |
| 1 | CARR50 | Carrot 50 lb | 25.00 | Case | 25.00 |
| 1 | CELE30 | elery 30 CT | 24.00 | Case | 24.00 |
| 1 | CILACA | Cilantro Crate (Ca;lifronia) | 12.50 | Case | 12.50 |
| 1 | EGGPCH | Choice Eggplant | 25.00 | Case | 25.00 |
| 1 | EGGS15 | Xtra Large Eggs 15 DZ | 20.50 | Case | 20.50 |
| 5 | ICEBERG2 | Iceberg Lettuce 24 CT (Alt) | 15.00 | Case | 75.00 |
| 1 | ICEBERGSH | Shredded 1/4 Lettuce 4/5LB | 15.00 | Case | 15.00 |
| 1 | LEAFCR | Leaf Crowns | 20.00 | Case | 20.00 |
| 2 | ROMAINEHRTSQV | Romaine Hearts 12/3ct Queen Vict | 22.00 | Case | 44.00 |
| 5 | SPRING | Spring Mix | 6.00 | Case | 30.00 |
| 3 | LIME175 | Limes 175 CT | 18.00 | Case | 54.00 |
| 5 | TOMAVR | Vine Ripe Tomato | 15.00 | Case | 75.00 |
| 2 | WHIT-MEDI-1NDR-1CNABLUNA | 10 Pound Medium Mushroom - Cardboard | 15.50 | EA | 31.00 |
| 2cs 11 | PORT-REGU-1NDR-5PNABRWNA | 5 Pound Regular Portobello *ordered 2 cases only* | 11.25 | EA | 123.75 -101.25 |
| 1 | WHIT-SPEC-1NDR-3BNANAPNA | 3# Special Mushroom - Basket | 8.00 | EA | 8.00 |
| 1 | WHIT-14SL-1NDR-1CNABLUNA | 10 Pound 1/4" Sliced Mushroom - Cardboard | 15.50 | EA | 15.50 |
| 1 | ONIONG | Onions Green | 14.00 | Case | 14.00 |
| 1 | PARSLEYIT12 | Parsley Italian 12 CT | 5.25 | Case | 5.25 |
| 1 | PEPPRC | Peppers Red Choice | 39.00 | Case | 39.00 |
| 3 | POTA60 | Idaho Potato 60 CT | 25.00 | Case | 75.00 |
| 1 | POTARDA | Red "A" Potato | 16.00 | Case | 16.00 |
| 4 | POTACH | Chef Potato | 17.00 | Case | 68.00 |

*Returned 9cs Med. ports -101.25*

*Delivery Invoice continued on next page ...*

**PLEASE SIGN BELOW**
Received by
X [signature]

## ***Attention All Drivers ***
## Mushrooms must be refrigerated at 35 degrees on a continous cycle !!!!

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES. ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. INTEREST AT 1.5%/MO ADDED TO UNPAID BALANCE. INTEREST AND ATTORNEYS FEES NECESSARY TO COLLECT PAYMENT ARE SUMS OWED IN CONNECTION WITH THE TRANSACTION.

# Delivery Invoice

CARDILE BROS. MUSHROOM PKG., INC.

PO Box 707
Avondale, Pa 19311
USA
**Phone:** (610) 268-2470
**Fax:** (610) 268-8211

| Date | Page |
|---|---|
| Apr 19, 2011 | 2 |
| **Order Number** | |
| ORD000142411449 | |

**Sold To:**

GIORDANO'S WHOLESALE PRODUCE
1202 HAMMONDVILLE ROAD
POMPANO BEACH, FL 33061
USA

**Ship To:**

GIORDANO'S WHOLESALE PRODUCE
1202 HAMMONDVILLE ROAD
POMPANO BEACH, FL 33061
USA

| Reference | PO Number | Customer No. | Salesperson | Order Date | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | | GIORDANO'S | | Apr 19, 2011 | | NET14 |

| Qty. Ord. | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 3 | SPIN4 | Spinach 4/2.5 Lb | 16.00 | Case | 48.00 |
| 3 | ALFA | Alfalfa Cups | 10.00 | Case | 30.00 |
| 1 | TOMAGR | Grape Tomato | 15.00 | Case | 15.00 |
| 1 | CHIVES | Chives | 5.50 | Case | 5.50 |
| 5 | GINGE1 | Ginger 1 Lb | 1.25 | Case | 6.25 |
| 1 | APPLGR72 | Granny Apple 72 CT | 30.00 | Case | 30.00 |
| 1 | AVOC | Avocado Ripe | 50.00 | Case | 50.00 |
| 1 | BANAN | Bananas | 20.00 | Case | 20.00 |
| 1 | GRAPRS | Red Seedless Grape | 25.00 | Case | 25.00 |
| 1 | KIWI36 | Kiwi 36 CT | 12.00 | Case | 12.00 |
| 2 | LIMEJU | Lime Juice Quarts | 4.00 | EA | 8.00 |
| 1 | SALADMX | Salad Mix | 15.00 | Case | 15.00 |
| 1 | CARRST5 | Shoestring Carrots 5lb | 5.75 | Case | 5.75 |

**Comments:**

Total $1,111.25

**Total order** ~~1,213.00~~

PLEASE SIGN BELOW

Received by

X

***Attention All Drivers***

**Mushrooms must be refrigerated at 35 degrees on a continous cycle !!!!**

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES. ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. INTEREST AT 1.5%/MO ADDED TO UNPAID BALANCE. INTEREST AND ATTORNEYS FEES NECESSARY TO COLLECT PAYMENT ARE SUMS OWED IN CONNECTION WITH THE TRANSACTION.

# Delivery Invoice

CARDILE BROS. MUSHROOM PKG., INC.

PO Box 707
Avondale, Pa 19311
USA
Phone: (610) 268-2470
Fax: (610) 268-8211

| Date | Page |
|---|---|
| Apr 20, 2011 | 1 |
| Order Number | |
| ORD000142411754 | |

605439

**Sold To:**
GIORDANO'S WHOLESALE PRODUCE
1202 HAMMONDVILLE ROAD
POMPANO BEACH, FL 33061
USA

**Ship To:**
GIORDANO'S WHOLESALE PRODUCE
1202 HAMMONDVILLE ROAD
POMPANO BEACH, FL 33061
USA

| Reference | PO Number | Customer No. | Salesperson | Order Date | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | | GIORDANO'S | | Apr 20, 2011 | | NET14 |

| Qty. Ord. | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 1 | BROCCR | Broccoli Crowns | 20.00 | Case | 20.00 |
| 2 | CABBGR | Green Cabbage | 9.50 | Case | 19.00 |
| 3 | SLAW | Cole Slaw Mix 4x5lb | 14.50 | Case | 43.50 |
| 1 | CARR50 | Carrot 50 lb | 25.00 | Case | 25.00 |
| 3 | CELE30 | elery 30 CT | 24.00 | Case | 72.00 |
| 1 | CILACA | Cilantro Crate (Ca;ifronia) | 12.50 | Case | 12.50 |
| 5 | CUCUSE | Cucumber Select | 6.00 | Case | 30.00 |
| 2 | EGGPCH | Choice Eggplant | 25.00 | Case | 50.00 |
| 1 | LEEKCA | California Leeks | 32.00 | Case | 32.00 |
| 8 | ICEBERG2 | Iceberg Lettuce 24 CT (Alt) | 15.00 | Case | 120.00 |
| 2 | ICEBERGSH | Shredded 1/4 Lettuce 4/5LB | 15.00 | Case | 30.00 |
| 1 | LEAFCR | Leaf Crowns | 20.00 | Case | 20.00 |
| 5 | ROMAINE2 | Romaine Lettuce 24 CT | 14.00 | Case | 70.00 |
| 2 | ROMAINEHRTSQV | Romaine Hearts 12/3ct Queen Vict | 22.00 | Case | 44.00 |
| 5 | SPRING | Spring Mix | 6.00 | Case | 30.00 |
| 1 | WHIT-MEDI-1NDR-1CNABLUNA | 10 Pound Medium Mushroom - Cardboard | 15.50 | EA | 15.50 |
| 2 | WHIT-BUTT-1NDR-1CNABRWNA | 10 Pound Button Mushroom - Cardboard | 16.00 | EA | 32.00 |
| 1 | PORT-REGU-1NDR-5PNABRWNA | 5 Pound Regular Portobello | 11.25 | EA | 11.25 |
| 5 | ONIONJ | Spanish Onion Jumbo | 10.00 | case | 50.00 |
| 5 | ONIONRJ | Red Jumbo Onions | 8.00 | Case | 40.00 |
| 1 | PARSLEY | Parsley | 21.00 | Case | 21.00 |
| 2 | PARSLEYIT | Parsley Italian | 26.00 | Case | 52.00 |
| 3 | PEPPGR | Green Peppers Choice | 10.00 | Case | 30.00 |
| 2 | PEPPRC | Peppers Red Choice | 39.00 | Case | 78.00 |
| 5 | POTA60 | Idaho Potato 60 CT | 24.00 | Case | 120.00 |
| 1 | POTACH | Chef Potato | 19.00 | Case | 19.00 |
| 4 | ALFA | Alfalfa Cups | 10.00 | Case | 40.00 |

*Delivery Invoice continued on next page ...*

*****Attention All Drivers *****
**Mushrooms must be refrigerated at 35 degrees on a continous cycle !!!!**

PLEASE SIGN BELOW
Received by
X

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES. ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. INTEREST AT 1.5%/MO ADDED TO UNPAID BALANCE. INTEREST AND ATTORNEYS FEES NECESSARY TO COLLECT PAYMENT ARE SUMS OWED IN CONNECTION WITH THE TRANSACTION.

# Delivery Invoice

CARDILE BROS. MUSHROOM PKG., INC.

PO Box 707
Avondale, Pa 19311
USA
Phone: (610) 268-2470
Fax: (610) 268-8211

| Date | Page |
|---|---|
| Apr 20, 2011 | 2 |
| Order Number | |
| ORD000142411754 | |

**Sold To:**

GIORDANO'S WHOLESALE PRODUCE
1202 HAMMONDVILLE ROAD
POMPANO BEACH, FL 33061
USA

**Ship To:**

GIORDANO'S WHOLESALE PRODUCE
1202 HAMMONDVILLE ROAD
POMPANO BEACH, FL 33061
USA

| Reference | PO Number | Customer No. | Salesperson | Order Date | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | | GIORDANO'S | | Apr 20, 2011 | | NET14 |

| Qty. Ord. | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 4 | ZUCCHINI | Zucchini | 9.00 | Case | 36.00 |
| 1 | TOMAGR | Grape Tomato | 17.00 | Case | 17.00 |
| 10 | TOMAPL | Plum Tomato | 19.00 | Case | 190.00 |
| 15 | TOMAVR | Vine Ripe Tomato | 15.00 | Case | 225.00 |
| 2 | BASI | Basil | 4.50 | Case | 9.00 |
| 1 | DILL | Dill | 4.50 | Case | 4.50 |
| 1 | MINT | Mint | 6.00 | Case | 6.00 |
| 1 | AVOC | Avocado Ripe | 50.00 | Case | 50.00 |
| 1 | AVOC60 | Avocado 60 Count Dominican | 44.00 | Case | 44.00 |
| 1 | STRAWCA | California Strawberry - Clamshells | 14.00 | Case | 14.00 |
| 1 | HONEY | Honeydew Melon | 8.00 | Case | 8.00 |
| 1 | PINEGOLD | Golden Pineapple 6 CT | 12.00 | Case | 12.00 |

**Comments:**

**Total order** 1,742.25

## ***Attention All Drivers ***

**Mushrooms must be refrigerated at 35 degrees on a continous cycle !!!!**

PLEASE SIGN BELOW

Received by

X

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES. ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. INTEREST AT 1.5%/MO ADDED TO UNPAID BALANCE. INTEREST AND ATTORNEYS FEES NECESSARY TO COLLECT PAYMENT ARE SUMS OWED IN CONNECTION WITH THE TRANSACTION.

# Delivery Invoice

CARDILE BROS. MUSHROOM PKG., INC.

PO Box 707
Avondale, Pa 19311
USA
**Phone:** (610) 268-2470
**Fax:** (610) 268-8211

| Date | Page |
|---|---|
| Apr 21, 2011 | 1 |
| **Order Number** | |
| ORD000142412077 | |

1005 739

| Sold To: | Ship To: |
|---|---|
| GIORDANO'S WHOLESALE PRODUCE<br>1202 HAMMONDVILLE ROAD<br>POMPANO BEACH, FL 33061<br>USA | GIORDANO'S WHOLESALE PRODUCE<br>1202 HAMMONDVILLE ROAD<br>POMPANO BEACH, FL 33061<br>USA |

| Reference | PO Number | Customer No. | Salesperson | Order Date | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | | GIORDANO'S | | Apr 21, 2011 | | NET14 |

| Qty. Ord. | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 2 | BROCCR | Broccoli Crowns | 19.00 | Case | 38.00 |
| 2 | CABBGR | Green Cabbage | 9.50 | Case | 19.00 |
| 1 | CABBRD | Red Cabbage | 13.00 | Case | 13.00 |
| 2 | SLAW | Cole Slaw Mix 4x5lb | 14.50 | Case | 29.00 |
| 3 | ICEBERGSH | Shredded 1/4 Lettuce 4/5LB | 15.00 | Case | 45.00 |
| 1 | SALADMX | Salad Mix | 15.00 | Case | 15.00 |
| 1 | EURO | Seedless Cucumber | 18.00 | Case | 18.00 |
| 8 | SPRING | Spring Mix | 6.00 | Case | 48.00 |
| 6 | ICEBERG2 | Iceberg Lettuce 24 CT (Alt) | 21.00 | Case | 126.00 |
| 5 | LEAFCR | Leaf Crowns | 19.00 | Case | 95.00 |
| 2 | ROMAINE2 | Romaine Lettuce 24 CT | 24.00 | Case | 48.00 |
| 2 | ROMAINEHRTSQV | Romaine Hearts 12/3ct Queen Vict | 25.00 | Case | 50.00 |
| 5 | LEMO140 | Lemons 140 CT | 25.00 | Case | 125.00 |
| 10 | TOMAVR | Vine Ripe Tomato | 15.00 | Case | 150.00 |
| 3 | TOMAPL | Plum Tomato | 20.00 | Case | 60.00 |
| 3 | TOMAGR | Grape Tomato | 17.00 | Case | 51.00 |
| 1 | WHIT-BUTT-1NDR-1CNABRWNA | 10 Pound Button Mushroom - Cardboard | 16.00 | EA | 16.00 |
| 1 | WHIT-SILV-1NDR-1CNABLUNA | 10 Pound Silver Dollar Mushroom - Cardboard | 16.75 | EA | 16.75 |
| 1 | WHIT-14SL-1NDR-1CNABLUNA | 10 Pound 1/4" Sliced Mushroom - Cardboard | 15.50 | EA | 15.50 |
| 5 | ONIONJ | Spanish Onion Jumbo | 10.00 | case | 50.00 |
| 5 | ONIONRJ | Red Jumbo Onions | 8.00 | Case | 40.00 |
| 3 | PEPPGR | Green Peppers Choice | 10.00 | Case | 30.00 |
| 1 | PEPPPOB | Poblano Pepper 10lbs | 15.50 | Case | 15.50 |
| 2 | ALFA | Alfalfa Cups | 10.00 | Case | 20.00 |
| 3 | ZUCCHINI | Zucchini | 9.00 | Case | 27.00 |
| 2 | POTARDA | Red "A" Potato | 16.00 | Case | 32.00 |
| 5 | POTA60 | Idaho Potato 60 CT | 24.00 | Case | 120.00 |

*Delivery Invoice continued on next page ...*

**PLEASE SIGN BELOW**

Received by

X

## ***Attention All Drivers ***

## Mushrooms must be refrigerated at 35 degrees on a continous cycle !!!!

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. INTEREST AT 1.5%/MO ADDED TO UNPAID BALANCE. INTEREST AND ATTORNEYS FEES NECESSARY TO COLLECT PAYMENT ARE SUMS OWED IN CONNECTION WITH THE TRANSACTION.

# Delivery Invoice

CARDILE BROS. MUSHROOM PKG., INC.

PO Box 707
Avondale, Pa 19311
USA
**Phone:** (610) 268-2470
**Fax:** (610) 268-8211

| Date | Page |
|---|---|
| Apr 21, 2011 | 2 |
| **Order Number** | |
| ORD000142412077 | |

**Sold To:**

GIORDANO'S WHOLESALE PRODUCE
1202 HAMMONDVILLE ROAD
POMPANO BEACH, FL 33061
USA

**Ship To:**

GIORDANO'S WHOLESALE PRODUCE
1202 HAMMONDVILLE ROAD
POMPANO BEACH, FL 33061
USA

| Reference | PO Number | Customer No. | Salesperson | Order Date | Ship Via | Terms |
|---|---|---|---|---|---|---|
| | | GIORDANO'S | | Apr 21, 2011 | | NET14 |

| Qty. Ord. | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|
| 3 | POTACH | Chef Potato | 16.00 | Case | 48.00 |
| 4 | BASI | Basil | 4.50 | Case | 18.00 |
| 2 | AVOC60 | Avocado 60 Count Dominican | 44.00 | Case | 88.00 |
| 1 | BANAN | Bananas Green Tip.. | 20.00 | Case | 20.00 |
| 2 | STRAWCA | California Strawberry - Clamshells | 14.00 | Case | 28.00 |
| 2 | ORANGE56 | Oranges Choice 56 CT | 18.00 | Case | 36.00 |
| 2 | PINEGOLD | Golden Pineapple 6 CT | 12.00 | Case | 24.00 |

**Comments:**

**Total order** 1,574.75

***Attention All Drivers ***

**Mushrooms must be refrigerated at 35 degrees on a continous cycle !!!!**

PLEASE SIGN BELOW

Received by

X

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES. ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. INTEREST AT 1.5%/MO ADDED TO UNPAID BALANCE. INTEREST AND ATTORNEYS FEES NECESSARY TO COLLECT PAYMENT ARE SUMS OWED IN CONNECTION WITH THE TRANSACTION.