AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Florida

CARDILE BROS MUSHROOM PACKAGING, INC.

V.

GIORDANO'S WHOLESALE PRODUCE CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

GIORDANO'S WHOLESALE PRODUCE CORP.
9601 NW 31st Pl.
Sunrise, FL 33351-7154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc Barmat
FURR AND COHEN, P.A.
One Boca Place
2255 Glades Rd., Ste. 337W
Boca Raton, FL 33431

an answer to the complaint which is served on you with this summons, within twenty-one (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Florida

CARDILE BROS MUSHROOM PACKAGING, INC.

V.

GIORDANO'S WHOLESALE PRODUCE CORP.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

TO: (Name and address of Defendant)

SHANNON GIORDANO
9601 NW 31st Pl.
Sunrise, FL 33351-7154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc Barmat
FURR AND COHEN, P.A.
One Boca Place
2255 Glades Rd., Ste. 337W
Boca Raton, FL 33431

an answer to the complaint which is served on you with this summons, within twenty-one (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Florida

CARDILE BROS MUSHROOM PACKAGING, INC.

V.

GIORDANO'S WHOLESALE PRODUCE CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

CHARLES T. GIORDANO
9601 NW 31st Pl.
Sunrise, FL 33351-7154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc Barmat
FURR AND COHEN, P.A.
One Boca Place
2255 Glades Rd., Ste. 337W
Boca Raton, FL 33431

an answer to the complaint which is served on you with this summons, within twenty-one (21) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK