**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 11-Civ-61886-COOKE/TORRES**

CARDILE BROTHERS MUSHROOM
PACKAGING, INC.,

Plaintiff,

v.

GIORDANO'S WHOLESALE PRODUCE
CORP., SHANNON GIORDANO, and
CHARLES T. GIORDANO,

Defendants.

_________________________________________/

## ORDER OF FINAL JUDGMENT

BEFORE ME is Plaintiff Cardile Brothers Mushroom Packaging, Inc.'s Consent Motion for Entry of Final Judgment. I have reviewed the Motion, Declaration in Support of the Motion, the Stipulation, the Order Approving the Stipulation, and the relevant legal authority.

Accordingly, it is **ORDERED and ADJUDGED** that judgment be entered against Giordano's Wholesale Produce Corp., Shannon Giordano, and Charles T. Giordano (collectively "the Giordano Group"), jointly and severally, in favor of Plaintiff Cardile Brothers Mushroom Packaging, Inc. for the unpaid principal amount owed by the Giordano Group under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499(c), plus interest calculated at 18% per annum and reasonable attorneys' fees and costs for a total amount of $72,870.21, for which let execution issue.

It is further **ORDERED and ADJUDGED** that Plaintiff may charge interest calculated at 18% per annum until this judgment is satisfied in full, and may collect reasonable attorneys' fees and costs expended in collecting this judgment.

**DONE and ORDERED** in chambers in Miami, Florida, this 30th day of May 2014.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*